**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
501 POTTER STEWART U.S. COURTHOUSE
100 EAST FIFTH STREET
CINCINNATI, OHIO 45202-3988

**Deborah S. Hunt**
**Clerk**                                                                                     513-564-7000

June 30, 2023

Jonathan Andrew Scruggs
John J. Bursch
Bryan Neihart
Casey L. Hinkle
John F. Carroll, Jr.

Re:  Case Nos. 22-5884/5912,
*Chelsey Nelson Photography LLC, et al v. Louisville-Jefferson Co., KY, et al.*

Dear Counsel,

In light of the Supreme Court's issuance of a decision in *303 Creative LLC v. Elenis*, No. 21-475 (U.S. 2023), the parties are ordered to submit supplemental briefs, no longer than 15 pages in length, double spaced, by 12 p.m. Eastern Daylight Time on July 13, 2023, on what, if any effect, *303 Creative* has on the resolution of these appeals.

Your attention in this matter is appreciated.

Sincerely,

Deborah S. Hunt
Clerk